UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JAMES RICHARD DUPREE | * | CIVIL ACTION NO. 11-0348 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is **AFFIRMED**, in its entirety, and this matter **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this _____ day of _____ 2012, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE